UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PEDRO REYNOSO,

          Defendant.

**ORDER**

22 Cr. 70 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The status conference scheduled for October 17, 2022, is adjourned to **November 10, 2022, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the United States of America, by and through Assistant United States Attorney Maggie Lynaugh, and with the consent of the Defendant, it is further ordered that the time between October 17, 2022 and November 10, 2022 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide the parties additional time to discuss a pretrial resolution of this matter.

Dated:  New York, New York
        October 14, 2022

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge