UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

PEDRO REYNOSO,

                     Defendant.

**ORDER**

22 Cr. 70 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The United States Marshals Service ("the Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant in the above-captioned proceeding in Courtroom 705, 40 Foley Square, New York, New York, for a status conference on **Friday, February 3, 2023 at 3:00 p.m.**

        In the event that the defendant refuses to leave the facility where he is held, or refuses to comply with any rules or procedures of the Marshals Service or the BOP regarding his transportation to court, the Marshals Service and the BOP may use such force as is reasonably necessary to bring the defendant to Court for the defendant's scheduled appearance.

Dated: New York, New York
       February 3, 2023

                                  SO ORDERED.

                                  _____
                                  Paul G. Gardephe
                                  United States District Judge