UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PEDRO REYNOSO,

                Defendant.

**ORDER**

22 Cr. 70 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated in open court today, it is hereby ORDERED that a conference will take place in this matter on **March 10, 2023, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 3, 2023

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge