UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PEDRO REYNOSO,

                Defendant.

**ORDER**

22 Cr. 70 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference scheduled for March 10, 2023 is adjourned to **March 17, 2023 at 10:30 a.m.**

        Upon the application of the United States of America, by and through Assistant United States Attorney Maggie Lynaugh, and with the consent of the Defendant by and through his counsel, Cesar de Castro, it is further ordered that the time between March 10 and March 17, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow Defendant to consult with his counsel in order to prepare to enter a change of plea.

Dated: New York, New York
       March 8, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge