UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PEDRO REYNOSO,

                Defendant.

**ORDER**

22 Cr. 70 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Pedro Reynoso's sentencing will take place on **June 29, 2023 at 10:30 a.m.** The sentencing will be in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Any sentencing submission on behalf of the Defendant is due by **June 15, 2023**. The Government's sentencing submission is due by **June 22, 2023**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Reynoso.

Dated: New York, New York
       March 24, 2023

SO ORDERED.

*Paul Gardephe*
_____
Paul G. Gardephe
United States District Judge