UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>PEDRO REYNOSO,<br><br>                    Defendant. | **ORDER**<br><br>22 Cr. 70 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Pedro Reynoso's sentencing is adjourned to **August 24, 2023 at 3:00 p.m.**

Dated: New York, New York
       August 9, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge